# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

137279

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DONALD RAY BLISS,
      Defendant-Appellant.

SC: 137279
COA: 286737
Tuscola CC: 07-010245-FH

_____/

      On order of the Court, the application for leave to appeal the August 25, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

_____
Clerk